T.C. Memo. 2001-35

UNITED STATES TAX COURT

GREG McINTOSH AND SHEILA R. McINTOSH, Petitioners <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 15076-99.                    Filed February 13, 2001.

This opinion was withdrawn by order dated March
13, 2001.